IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

        Plaintiff,                         No. CIV S-07-1273 MCE EFB P

    vs.

CALIFORNIA MEDICAL FACILITY, et al.,

        Defendants.                    ORDER

_____/

       Plaintiff is a prisoner without counsel who, it appears, intends to seek relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. Plaintiff has not filed a complaint, nor has he filed an application for leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. The *in forma pauperis* statute governing civil actions requires a plaintiff seeking leave to proceed to submit an affidavit stating "the nature of the action . . . and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

       Plaintiff has not filed a complaint or an affidavit stating he believes he is entitled to redress. Neither has he filed an affidavit that includes a statement of his assets and a statement that he is unable to pay the filing fee or post security therefor and a certified copy of his trust

1  account statement, which is required by 28 U.S.C. § 1915(a), (b).

2  Accordingly it is ORDERED that:,

3  1. Plaintiff shall have 30 days from the date of this order to submit either a complaint or
4  an affidavit stating the nature of the action and his belief that he is entitled to redress and an
5  application to proceed in forma pauperis; and

6  2. The Clerk shall send plaintiff the forms for filing a prisoner civil rights action and an
7  application to proceed in forma pauperis by a prisoner.

8  DATED: July 26, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2