IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

      Plaintiff,                                No. CIV S-07-1273 MCE EFB P

      vs.

CALIFORNIA MEDICAL FACILITY, et al.,

      Defendants.                       ORDER

/

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 30, 2007, plaintiff requested an extension of time to file an amended complaint and application to proceed in forma pauperis. *See* Fed. R. Civ. P. 6(b).

On August 31, 2007, plaintiff filed the required documents. Accordingly, plaintiff's July 30, 2007, request is granted and plaintiff's amended complaint and application to proceed in forma pauperis are deemed timely filed.

So ordered.

DATED: September 17, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE