IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

      Plaintiff,                                   No. CIV S-07-1810 LKK KJM P

    vs.

BILL RUSSELL, et al.,

      Defendants.                     ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2007, plaintiff wrote to the court, explaining that he intended the complaint filed in this case to be a part of his currently pending action, Aidnik v. California Medical Facility, Civ. No. S-07-1273 MCE EFB P.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to file the complaint filed in the instant case on August 31, 2007 in Aidnik v. California Medical Facility, Civ. No. S-07-1273 MCE EFB P, along with a copy of this order; and

        2. The Clerk of the Court is directed to close this case.

DATED: October 2, 2007.

_____
U.S. MAGISTRATE JUDGE

2/aidn1810.cc

1