IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

        Plaintiff,                        No. CIV S-07-1273 MCE EFB P

    vs.

CALIFORNIA MEDICAL FACILITY,
et al.,
                                      <u>ORDER</u>

        Defendants.

        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."  Plaintiff has not submitted the required trust account statement.  Additionally, the certificate portion of the application has not been filled out and signed by a prison official.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff has 30 days from the date this order is served to submit an application to
3  proceed in forma pauperis with a completed certificate portion and the required trust account
4  statement. Failure to comply with this order will result in a recommendation that this action be
5  dismissed.

6  2. The Clerk of the Court is directed to send to plaintiff a copy of the forma pauperis
7  application used in this district.

8  So ordered.

9  Dated: November 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE