IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

        Plaintiff,                      No. CIV S-07-1273 MCE EFB P

       vs.

CALIFORNIA MEDICAL FACILITY, et al.,

        Defendants.             ORDER

      Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. He has written three letters to the court[1] seeking a court order to stop alleged harassment and abuse, which the court construes collectively as a motion for a preliminary injunction.

      Accordingly, defendants are ordered to respond to plaintiff's collective motion for a preliminary injunction within 30 days of the date this order is served.

      So ordered.

Dated: April 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] See docket nos. 15, 17, and 18.