IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

        Plaintiff,                      No. CIV S-07-1273 MCE EFB P

     vs.

CALIFORNIA MEDICAL FACILITY, et al.,

        Defendants.            ORDER

                                 /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 11, 2008, the court dismissed the complaint with leave to amend. On February 22, 2008, and March 10, 2008, plaintiff requested extensions of time in which to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

      Accordingly, IT IS HEREBY ORDERED that plaintiff's February 22 and March 10, 2008, requests for extension of time are granted and plaintiff has 30 days from the date this order is served to file an amended complaint.

      So ordered.

DATED: April 7, 2008.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE