IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

        Plaintiff,                      No. CIV S-07-1273 MCE EFB P

  vs.

O'CONNER, et al.,

        Defendants.              <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

      Plaintiff is a prisoner proceeding in pro per in this civil rights action brought under 42 U.S.C. § 1983. The court previously found that plaintiff had stated sufficient charging allegations against defendants O'Conner and Russel but not as to defendant Veal. The court informed plaintiff that he could proceed against those defendants only, or file an amended complaint that also states a claim against defendant Veal. *See* Order filed August 11, 2008. The court also informed plaintiff that the court would consider his decision to proceed only as to defendants O'Conner and Russel as consent to the dismissal of the other named defendant. On September 5, 2008, plaintiff returned documents for service against defendants O'Conner and Russel. The court finds that plaintiff has consented to the dismissal of defendant Veal.

1   Accordingly, it is hereby RECOMMENDED that plaintiff's claims against defendant
2 Veal be dismissed without prejudice.
3   These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:  October 29, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE