IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

        Plaintiff,                    No. CIV S-07-1273 MCE EFB P

    vs.

O'CONNER, et al.,

        Defendants.          ORDER

                              /

       Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

       The United States Marshal has returned process directed to defendant Shawn O'Conner unserved because "not in database, unable to locate." Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

1

1  Accordingly, it is ORDERED that:

2  1. The Clerk of the Court shall mail plaintiff 1 form USM-285 and a copy of the
3  pleading filed April 17, 2008.

4  2. Within 60 days from the date this order is served, plaintiff may submit the attached
5  Notice of Submission of Documents with a completed form USM-285 providing instructions for
6  service of process upon defendant Shawn O'Conner and 2 copies of the pleading provided to
7  plaintiff.

8  3. Failure to provide new instructions for service of process upon defendant O'Conner
9  within the time allowed or show good cause for such failure will result in a recommendation that
10 this action be dismissed as to that defendant.

11 DATED: December 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

        Plaintiff,                  No. CIV S-07-1273 MCE EFB P

    vs.

O'CONNER, et al.,

                                     NOTICE OF SUBMISSION
        Defendants.              OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        One        completed summons

        One        completed USM-285 forms

        Two        copies of the <u>April 17, 2008</u>
                                    Amended Complaint

DATED:

                                                     Plaintiff