IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

      Plaintiff,                        No. CIV S-07-1273 MCE EFB P

     vs.

O'CONNER, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 5, 2008, the United States Marshal returned unserved process directed to defendant O'Conner. On December 11, 2008, the court directed plaintiff to provide new information about where this defendant may be served and informed plaintiff that he could seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq*., or any other means available. The court also informed plaintiff that if his access to the required information was denied or unreasonably delayed, he could seek judicial intervention. On December 29, 2008, plaintiff requested that the court order the California Department of Corrections and Rehabilitation to disclose the address of defendant O'Conner.

////

1

1  Plaintiff does not indicate that he attempted to locate defendant O'Conner's address for
2  service prior to seeking judicial intervention. Thus, he has yet to demonstrate that judicial
3  intervention is necessary at this time and the request is DENIED.
4  DATED: February 2, 2009.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE