1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   JEFF AIDNIK,                        No. 2:07-cv-01273-MCE-EFB P
12               Plaintiff,
13        vs.                            ORDER
14   O'CONNER, et al.,
15               Defendants.
16   _____/
17        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief
18   under 42 U.S.C. § 1983.  On June 4, 2009, the district judge assigned to this action adopted the
19   undersigned's findings and recommendations, which recommended that this action be dismissed
20   because plaintiff had not exhausted his administrative remedies.  The Clerk of the Court duly
21   entered judgment.  On June 25, 2009, rather than filing a notice of appeal pursuant to Rule 3 of
22   the Federal Rules of Appellate Procedure, plaintiff filed a motion for certificate of appealability
23   pursuant to 28 U.S.C. § 2253, which applies only to habeas corpus proceedings or proceedings
24   under 28 U.S.C. § 2255.  *See* 28 U.S.C. § 2253(a).
25   ///
26   ///

1    IT IS HEREBY ORDERED that plaintiff's motion is denied as improper.

2    IT IS FURTHER ORDERED that plaintiff may, within 30 days of this order, file a notice

3  of appeal pursuant to Rule 3 of the Federal Rules of Appellate Procedure.  If no such appeal is

4  filed within 30 days, this case will be closed.

5   Dated:  August 19, 2009

6

7                                                   MORRISON C. ENGLAND, JR.
                                                    UNITED STATES DISTRICT JUDGE
8